NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER E. CAMPBELL, JR.,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3096

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100331-I-1.

---

## ON MOTION

---

## ORDER

The United States Postal Services moves without opposition to reform the official caption to designate the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. We

determine that the Board should be designated as the respondent.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JUN 0 2 2011
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc: Elmer E. Campbell, Jr.
    Jessica R. Toplin, Esq.
    Katherine Smith, Esq.                  FILED
                                   U.S. COURT OF APPEALS FOR
s20                                    THE FEDERAL CIRCUIT

                                        JUN 0 2 2011

                                        JAN HORBALY
                                          CLERK